**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**
**1340 Russell Federal Building**
**75 Spring Street, SW**
**Atlanta, GA 30303**

IN RE:
**John Fredericks**

CASE NUMBER.: **08−68182−mhm**
CHAPTER: **7**
JUDGE: **Margaret Murphy**

**Anita Fredericks**

Debtor(s),

Notice of Deficient Filing

   The document identified below was not filed with the bankruptcy petition. You are hereby notified that the documents must be filed with the Court within the time frame specified below. *Failure to file the documents may result in the dismissal of your bankruptcy case.*

To Be Filed Within Fifteen (15) Days From the Date of Filing of the Petition:

   Pay Advices: (A) Copies of Pay Stubs (or other evidence of payment) received from any employer within the 60 Days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within the 60 Days prior to filing, the Debtor did not receive pay stubs from any employer and was either Unemployed, Self−Employed or other explanation.

   No legal opinions has been expressed or implied. This is for informational purposes only concerning procedural requirements for filing documents in the United States Bankruptcy Court, Northern District of Georgia.

Date: 5/6/08

W. Yvonne Evans

Clerk of Court
U.S. Bankruptcy Court

Form 429

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113E-9          User: cat               Page 1 of 1              Date Rcvd: May 06, 2008
Case: 08-68182                Form ID: 429            Total Served: 5

The following entities were served by first class mail on May 08, 2008.
db          +John Fredericks,   4020 Bellingrath Blvd,   Roswell, GA 30076-1398
aty         +Danny L. Coleman,   Law Office of Danny Coleman,   Suite 200,   2475 Northwinds Parkway,
              Alpharetta, GA 30004-4808
tr          +Janet G. Watts,   600 North Glynn Street,   Suite C,   Fayetteville, GA 30214-6716
ust         +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
jtdb        +Anita Fredericks,   4020 Bellingrath Blvd,   Roswell, GA 30076-1398

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 08, 2008**                    **Signature:**    _Joseph Speetjens_